UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Le'Keian Woods,

    Plaintiff,

v.   Case No.: 3:24-cv-01123-BJD-PDB

Josue Garriga, Hunter Sullivan,
Trey McCullough, and Beau Daigle,
in their individual capacities,

    Defendants.
_____/

## DEFENDANTS SULLIVAN, MCCULLOUGH, AND DAIGLE'S UNOPPOSED MOTION FOR MENTAL AND NEUROLOGICAL EXAMINATIONS

Defendants, Hunter Sullivan, Trey McCullough, and Beau Daigle, pursuant to Rule 35, Fed. R. Civ. P., respectfully move this Court for an Order requiring Plaintiff to submit to a mental examination and a neurological examination. In support of this motion, Defendant states:

1)   Plaintiff has sued Defendants for Constitutional violations that allegedly occurred when he was arrested by Defendants. Plaintiff claims that as a result of Defendants' actions, he now suffers from neurological injuries, specifically: "a closed head injury, swelling to his eyes and face, nerve damage…." [Doc. 1. ¶16]. He also claims that he now suffers mental injuries, to wit: "ongoing emotional distress, with significant PTSD type symptoms,

1

including sadness, anxiety, stress, anger, depression, frustration, sleeplessness, nightmares and flashbacks from his assault." *Id.* at ¶18.

2) Plaintiff's alleged injuries place his mental and neurological health in controversy and give good cause for examinations to determine the existence and extent of such alleged injuries, and to determine whether such injuries were pre-existing.

3) Pursuant to Rule 35, Defendants now seeks an Order requiring Plaintiff to submit to both a mental and neurological examination as follows:

### Mental Examination

Place: **Office of General Counsel**
**117 W. Duval Street, Ste. 480**
**Jacksonville, Florida 32202**

Examiner: **Dr. Ryan C. W. Hall, M.D.**

Date: **October 7, 2025**

Time: **9 a.m. arrival time**

Scope: **Dr. Hall will conduct a typical forensic psychological examination of the Plaintiff. Dr. Hall will utilize non-invasive verbal and written testing and questioning.**

<u>Neurological Examination</u>

| | |
|---|---|
| Place: | **Office of Dr. Jason Siegel, MD**<br>**4110 Southpoint Blvd, Ste 104**<br>**Jacksonville, FL 32216** |
| Examiner: | **Dr. Jason Siegel, MD** |
| Date: | **October 9, 2025** |
| Time: | **2 p.m. arrival time** |
| Scope: | **Dr. Siegel will conduct a typical neurological examination of the Plaintiff. Dr. Hall will utilize non-invasive physical and cognitive exam.** |

## <u>MEMORANDUM OF LAW</u>

### A.    <u>RULE 35 MENTAL AND PHYSICAL EXAMINATIONS</u>

Federal Rule of Civil Procedure 35 permits the Court to order a party whose mental or physical condition is in controversy to submit to a physical or mental examination by a suitably licensed examiner.  A motion for such an Order may be made only for good cause and on notice to all parties and the person to be examined.  *Id.*  A plaintiff who asserts mental or physical injury as a result of a defendant's wrongdoing "places that mental or physical injury clearly in controversy and provides the defendant with good cause for an examination to determine the existence and extent of such asserted injury."  *Schlagenhauf v. Holder* 379 U.S. 104, 119, 85 S.Ct. 234, 243 (U.S. 1964).  Because the Plaintiff claims to have suffered physical and mental and

3

emotional injuries as a result of the Defendants' actions, he has put his physical (neurological) and mental condition in controversy. Accordingly, Defendant has shown that good cause exists for the examination to take place. *See Schlagenhauf,* 379 U.S. 104.

Thus, because Plaintiff's mental health is in controversy, the Defendant respectfully requests that the Court order the Plaintiff to submit to both a neurological and mental examination as noticed above.

### **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(g)**

In accordance with Local Rule 3.01(g), the undersigned has conferred with counsel for Plaintiff and co-Defendant, both of whom consent to the granting of this motion.

WHEREFORE, upon good cause having been shown, the Defendants respectfully request that this Court enter an Order requiring the Plaintiff to submit to a neurological examination and a mental examination at the time and place noticed above.

Dated: September 23, 2025.

Respectfully submitted,

**OFFICE OF GENERAL COUNSEL
CITY OF JACKSONVILLE**

Respectfully submitted,

/s/ *Sean Bryan Granat*
Sean Bryan Granat, Esquire (Lead Counsel)
Florida Bar No.: 138411
sgranat@coj.net,ahernandez2@coj.net
Natalie F. Wheeler, Esquire
Florida Bar No.: 119146
Email: Nwheeler@coj.net; Aristevski@coj.net
Office of General Counsel
117 W. Duval Street Ste. 480
Jacksonville, FL 32202
904-255-5061
Counsel for Sullivan, McCullough, and Daigle