**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

Le'Keian Woods,

Plaintiff,

v. Case No.: 3:24-cv-01123-BJD-PDB

Josue Garriga, Hunter Sullivan,
Trey McCullough, and Beau Daigle,
in their individual capacities,

Defendants.
______________________________________/

**NOTICE OF STIPULATED DISMISSAL WITH PREJUDICE**

Plaintiff, Le'Keian Woods, and Defendants Hunter Sullivan, Trey McCullough, and Josue Garriga, individually, through their undersigned attorneys and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), hereby stipulate to the dismissal with prejudice of the above-styled action as to all Defendants, with each party to bear their own costs and attorney's fees.

**Dated: April 20, 2026**

Respectfully submitted,
**OFFICE OF GENERAL COUNSEL**
**CITY OF JACKSONVILLE**

/s/ *Sean B. Granat*
**SEAN B. GRANAT**, Lead Counsel
Deputy General Counsel
Florida Bar No.: 138411
Sgranat@coj.net; Ahernandez2@coj.net
**NATALIE F. WHEELER**

Assistant General Counsel
Florida Bar No.: 119146
Nwheeler@coj.net; Aristevski@coj.net
117 West Duval Street, Suite 480
Jacksonville, FL 32202
Telephone: (904) 255-5061
Facsimile: (904) 255-5120
Counsel for Sullivan, McCullough and Daigle

**And**

**PAUL DARAGJATI PLC**

***/s/ Paul A. Daragjati***
**PAUL A. DARAGJATI, ESQ**
Florida Bar No. 713813
Paul@daragjatilaw.com
ROSE R. DARAGJATI, ESQ.
Florida Bar No. 1025106
Rose@datagjatilaw.com,
4745 Sutton Park Ct. Ste. 503
Jacksonville, FL 32224
Phone (904)379-4117
Counsel for Defendant Garriga

**And**

**LAW OFFICE OF HARRY M. DANIELS**

***/s/ Harry M. Daniels***
**HARRY M. DANIELS, ESQ.**
Pro Hac Vice
daniels@harrymdaniels.com
4751 Best Road, Suite 205
Atlanta, Georgia 30337
Counsel for Plaintiff